## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

JAMES LARRY HARRIS,     \*
           \*
           \*
   Plaintiff,     \*
           \*  CIVIL ACTION NO. 2:07cv508-WHA
vs.         \*  (formerly Circuit Court of Montgomery
           \*  County, Alabama, Case No. CV-2006-1169)
THE HARTFORD, et al.    \*

## NOTICE OF REMOVAL

TO: Clifford W. Cleveland, Esq.
   The Law Office of Cleveland & Colley, P.C.
   P.O. Box 680689
   Montgomery, Alabama 36106

   Melissa Rittenour
   Circuit Clerk, Montgomery County
   251 S. Lawrence Street
   PO Box 1667
   Montgomery, Alabama  36102



## NOTICE OF REMOVAL

Defendant, Hartford Life & Accident Insurance Company[1] ("Hartford"), pursuant to 28

U.S.C. § 1446, hereby files this Notice of Removal of the above-styled case from the Circuit Court

of Montgomery County, Alabama, Case No. CV-2006-1169, where it is currently pending, to the

United States District Court for the Middle District of Alabama, Northern Division.  Removal is

based on federal question jurisdiction pursuant to 28 U.S.C. 1331.

---

   [1]  Plaintiff's Complaint improperly identifies Hartford Life & Accident Insurance Company as "The
Hartford."

## FEDERAL QUESTION JURISDICTION EXISTS

1.     On or about April 24, 2007, a civil action was filed in the Circuit Court of

Montgomery County, Alabama, by James Larry Harris ("Plaintiff"), styled *James Larry Harris v.*

*The Hartford, et al.*, Civil Action No. 2006 [sic]-1169.  Hartford was served with the Complaint on

**May 11, 2007.**

2.     This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331,

and Hartford is entitled to remove this action to this Court pursuant to 28 U.S.C. § 1441, without

regard to the citizenship or residence of the parties, because the allegations of the Complaint assert

claims that arise under the laws of the United States.

3.     Plaintiff alleges in his Complaint that he is entitled to short-term disability benefits

under a group disability policy, Policy Number GRH 218370 ("the Policy"), that was issued by

Hartford to Plaintiff's employer, Deshazo Crane Company, LLC ("Deshazo").[2]  (*See* Compl. at ¶¶

9,10).  The Policy upon which all of Plaintiff's claims are based is an employee welfare benefit plan

as defined by the Employment Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.*

("ERISA").

4.     Any state law causes of action alleged against Hartford are expressly preempted by

ERISA pursuant to the preemption provision set forth at 29 U.S.C. § 1144.  The ERISA preemption

provision covers "employee benefit plans" as defined in 29 U.S.C. § 1002(3).  Included within that

---

[2]     Plaintiff incorrectly alleges that he purchased the Policy.  In fact, Plaintiff's employer, Deshazo, is
the sole policyholder and paid all of the premiums for the Policy. (*See* Policy, at p. 3, 29 at ¶ 8, a true and correct
copy of Policy GRH218370 is attached hereto as "Exhibit A").  Plaintiff did not contribute any of the premiums. (*Id.*
at p. 3) The Policy was provided to Plaintiff as part of an employee welfare benefit plan sponsored entirely by
Deshazo. (*Id.* at p. 29, ¶ 3).

definition are:

> Any plan, fund, or program which has heretofore or is hereafter established or maintained by an employer or by an employee organization, or by both, to the extent that such plan, fund or program was established or is maintained for the purpose of providing for its participants or their beneficiaries, through the purchase of insurance or otherwise, (a) medical, surgical or hospital care or benefits, or benefits in the event of sickness, accident, **disability**, death or unemployment. . . .

29 U.S.C. § 1002(1) (emphasis added). The group disability policy that serves as the basis of this lawsuit qualifies as an employee welfare benefit plan. *See Metro. Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987); *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41 (1987); *Donovan v. Dillingham*, 688 F.2d 1367, 1373 (11th Cir. 1982). Thus, Plaintiff's claims fall under ERISA.

     5.     The Deshazo welfare benefit plan does not fall within the Department of Labor's "Safe Harbor" regulation in 29 C.F.R. § 2510.3-1(j) which provides, in pertinent part, as follows:

> (j)     [T]he terms "employee welfare benefit plan" and "welfare plan" shall not include a group or group-type insurance program offered by an insurer to employees or members of an employee organization, under which
>
> (1)     **No contributions are made by an employer** or employee organization;
>
> (2)     Participation [in] the program is completely voluntary for employees or members;
>
> (3)     The sole functions of the employer or employee organization with respect to the program are, **without endorsing the program**, to permit **the insurer** to publicize the program to employees or members, to collect premiums through payroll deductions or dues check offs and to remit them to the insurer; and
>
> (4)     The employer or employee organization receive no consideration in the form of cash or otherwise in connection with the program, other than reasonable compensation, excluding the profit, for administrative services actually

rendered in connection with payroll deductions or dues check offs.

29 C.F.R. 2510.3-1(j) (emphasis added).

6.    Notably, in order to be excluded from ERISA by the "Safe Harbor" regulations, a plan must meet each and every individual criterion. *See Butero v. Royal Maccabees Life Ins.* Co., 174 F.2d 1207, 1213-14 (11th Cir. 1999); *Hansen v. Cont'l Ins. Co.*, 940 F.2d 971, 977 (5th Cir. 1991) (discussed below). In the case at bar, the first and third criteria do not apply to the Deshazo employee welfare benefit plan because: (a) Deshazo paid the entire premium for the Policy; and (b) Deshazo clearly "endorsed" the employee welfare benefit plan. *See* 29 C.F.R. §§ 2510.31(j)(1) & (3).

7.    First, the entire premium for the Policy was paid by Deshazo. (*See* Ex. A., at p. 29, ¶ 8). In fact, pursuant to the terms of the Deshazo plan, Plaintiff paid no premium for short term disability protection under the Policy. Consequently, the Deshazo employee welfare benefit plan does not meet the first criterion of the Safe Harbor provision. *See* 29 C.F.R. § 2510-3-1(j)(1).

8.    Second, an employer endorses a benefit plan, making the Safe Harbor provision inapplicable, if the employer does anything more than permit the insurer to publicize the program and collect premiums. *See Butero*, 174 at 1213-14. The following language from Deshazo's Summary Plan Description demonstrates that Deshazo "endorsed" the plan within the meaning of the Safe Harbor regulation:

**ERISA**

The Following Important Notice
Is Provided **by Your Employer**
for Your Information Only.

-4-

* * *

For the purpose of meeting certain requirements of the Employee Retirement Income Security Act of 1974, the following information and the attached Claim Procedures and Statement of ERISA Rights are for use with your booklet-certificate to form the Summary Plan Description.

* * *

1.      **Plan name**

Group Short Term Disability and Life Plan for employees of **DESHAZO CRANE COMPANY, LLC.**

* * *

3.      **Employer/Plan Sponsor**

**DESHAZO CRANE COMPANY, LLC**
Airpark Industrial Road
Alabaster, AL 35007

* * *

6.      **Plan Administrator**

**DESHAZO CRANE COMPANY, LLC**
Airpark Industrial Road
Alabaster, AL 35007

7.      **Agent for Service of Legal Process**

For the Plan:

**DESHAZO CRANE COMPANY, LLC**
Airpark Industrial Road
Alabaster, AL 35007

For the Policy:

-5-

Hartford Life and Accident Insurance Company
200 Hopmeadow Street
Simsbury, CT 06089

**8.     Sources of Contributions** – The Employer [Desahzo] pays the premium for the insurance, but may allocate part of the cost to the employee. The Employer determines the portion of the cost to be paid by the employee.

**9.     Type of Administration – The plan is administered by the Plan Administrator [Deshazo]** in accordance with the provisions of the applicable group policy.

\* \* \*

**13.     Plan Amendment Procedure.**

**The Plan Administrator [Deshazo] reserves full authority, at its sole discretion, to terminate, suspend, withdraw, reduce, amend or modify the Plan,** in whole or in part, at any time, without prior notice.

### Statement of ERISA Rights

You are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

1.     Examine, without charge, **at the plan administrator's office** and at other locations (work-sites and union halls) all plan documents, including insurance contracts, collective bargaining agreements and copies of all documents filed by the Plan with the U.S. Department of Labor, such as annual reports and plan descriptions.

2.     Obtain copies of all Plan documents and other Plan information upon written request **to the plan administrator**. The administrator may make  a reasonable charge for the copies.

3.     Receive a summary of the Plan's annual financial report. The **plan administrator** is required by law to furnish each participant with a copy of this summary financial report.

\* \* \*

Claim Procedures

-6-

1.    Claims for Benefits – An employee wishing to present a claim for benefits for himself. . .  **should obtain a claim form or forms from his Employer or Administrator.** The applicable section of such form or forms should be completed by (1) Employee, (2) Employer or Administrator and (3) Attending physician or hospital.[3]

(*See* Ex. A, at pp. 28-30) (emphasis added).

Deshazo clearly "endorsed" the plan. The name of the plan is the "Group Short Term Disability and Life Plan for employees of DESHAZO CRANE COMPANY, LLC." Deshazo is designated as the plan sponsor and plan administrator in the Summary Plan Description. Deshazo is also designated as the agent for service of process for claims against the plan. Further, Deshazo provides claimants with claim forms and is required to fill out a portion of any claim form submitted to Hartford. It also maintains plan documents for review by plan participants, and it specifically reserves the right to amend, modify, suspend, change or terminate the short term disability plan. Deshazo, therefore, did far more than merely allow Hartford to publicize the insurance program. *See Butero*, 174 F.3d at 1213-14. Further, the Summary Plan Description specifically refers to ERISA in describing the participant's rights and states that the plan is governed by ERISA. *See Green v. Long Term Disability Plan for Employees of Denny's, Inc.*, 1998 WL 61044 (E.D. La. February 13, 1998) (citing *Thompson v. Am. Home Assurance Co.*, 95 F.3d 429, 437 (6th Cir. 1996) for the proposition that such statement takes Plan outside the Safe Harbor).

9.    Based upon the foregoing, the Deshazo plan is an "employee welfare plan" governed by ERISA and does not fall within the DOL's "Safe Harbor" regulation. All of Plaintiff's state law causes of action are, therefore, preempted. ERISA contains a preemption clause that provides that the ERISA statute "supersede[s] any and all State laws insofar as they . . . relate to an employee

---

[3]    Exhibit A at p. 23 (emphasis added).

benefit plan. . . ." 29 U.S.C. § 1144(a). The ERISA statute broadly defines a "state law" as all "laws, decisions, rules, regulations or other . . . actions having the effect of law. . . ." 29 U.S.C. § 1144(c)(1). The United States Supreme Court and the Eleventh Circuit Court of Appeals liberally interpret the scope of ERISA's preemption clause, extending the preemption doctrine to include virtually all state law claims arising out of, or related to, participation in and administration of employee benefit plans. *Ingersoll-Rand Co. v. McClendon*, 498 U.S. 133, 139 (1990) (ERISA preempts all state laws "relating to" employee benefit plans "even if the law is not specifically designed to affect such plans, or the effect is only indirect."); *FMC Corp. v. Holliday*, 498 U.S. 52, 58 (1990) ("The [ERISA] preemption clause is conspicuous for its breadth. It establishes as an area of exclusive federal concern the subject of every state law that relates to an employee benefit plan governed by ERISA. . . . [A] law relates to an employee benefit plan if it has "a connection with or reference to such a plan.") (quoting *Shaw v. Delta Air Lines, Inc.*, 463 U.S. 85, 97 (1983)); *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41, 43 (1987) (ERISA "preempts state common law tort and contract actions asserting improper processing of a claim for benefits under an insured employee benefit plan."). Accordingly, Plaintiff's state law claims alleging breach of contract, bad faith, fraud, negligence and wantonness against Hartford are expressly preempted by ERISA. *Id.*; *see also Metro. Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987) (same).

10.     This Court, therefore, has jurisdiction over this action pursuant to 29 U.S.C. § 1132(e) and 28 U.S.C. § 1331. *See also Brown v. Connecticut Life Ins. Co.*, 934 F. 2d 1193 (11th Cir. 1991) (discussing ERISA's "super preemption" in converting any state law claims into federal claims as an exception to the well-pleaded complaint rule).

11.     This Notice of Removal is filed pursuant to 28 U.S.C. § 1331 and the case is properly

removed pursuant to 28 U.S.C. § 1441(a).

## **ALL OTHER REMOVAL REQUIREMENTS HAVE BEEN MET**

12.     All of the prerequisites for removal pursuant to 28 U.S.C. § 1441 have been met.

Further, Hartford has complied with the procedures for removal pursuant to 28 U.S.C. § 1446.

Hartford was served with the Summons and Complaint on May 11, 2007. Less than thirty (30) days

have elapsed since service upon Hartford, and the time in which to answer or otherwise plead has

not expired. Hartford has not filed an answer or otherwise responded to Plaintiff's Complaint.

Therefore, this Notice of Removal has been filed within the time allowed by 28 U.S.C. § 1446 (b).

13.     Pursuant to 28 U.S.C. § 1446(a), a copy of the process, pleadings, and orders filed

in the Circuit Court of Montgomery County, Alabama are attached hereto as Exhibit "B."

14.     In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being

filed with the Clerk of the Circuit Court of Montgomery County, Alabama by United States mail,

first- class postage prepaid and is being served on all parties.


WHEREFORE, Hartford removes this action from the Circuit Court of Montgomery County,

Alabama to this Court, and requests that this Court assume jurisdiction over this civil action to the

exclusion of any further proceedings in the aforesaid state court.

Respectfully submitted,

_____

RUSSEL MYLES                    (MYLEP5322)
ANNE LAURIE SMITH              (SMITA2262)
Attorneys for Defendant
Hartford Life & Accident Insurance Company

**OF COUNSEL:**

**McDOWELL KNIGHT ROEDDER
    & SLEDGE, L.L.C.**
Post Office Box 350
Mobile, Alabama 36601
Tel: 251/432-5300
Fax: 251/432-5303
email: asmith@mcdowellknight.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing document on counsel for all parties to this proceeding, by depositing a copy of same in the United States mail, first class postage prepaid and properly addressed, on this 7th day of June, 2007.

_____

ANNE LAURIE SMITH

**COUNSEL:**

Clifford W. Cleveland, Esq.
The Law Office of
Cleveland & Colley, P.C.
Post Office Box 680689
Prattville, Alabama 36068



## HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
Hartford, Connecticut
### Endorsement

**Policyholder:** DESHAZO CRANE COMPANY, LLC

**Group Policy No.:** GLT/GL-218370

**Effective Date:** November 1, 1999

This endorsement forms a part of your Booklet-certificate which describes the provisions of the group policy specified above.

With respect to All Active Full-time Salaried Employees, Your Booklet-certificate is amended as follows:

1.  The Elimination Period shown in the Schedule of Insurance of the Long Term Disability portion of Your Booklet-certificate is amended to read as follows:

    **The Elimination Period** is the period of time you must be Disabled before benefits become payable. It is the last to be satisfied of the following:
    1.  the first 90 day(s) of any one period of Disability; or
    2.  with the exception of benefits required by state law, the expiration of any Employer sponsored short term disability benefits or salary continuation program.

2.  The Maximum Duration of Benefits Table shown in the Schedule of Insurance of the Long Term Disability portion of Your Booklet-certificate is amended to read as follows:

### MAXIMUM DURATION OF BENEFITS TABLE

| Age When Disabled | Benefits Payable |
|---|---|
| Prior to Age 63 | To Normal Retirement Age or 48 months, if greater |
| Age 63 | 42 months |
| Age 64 | 36 months |
| Age 65 | 30 months |
| Age 66 | 27 months |
| Age 67 | 24 months |
| Age 68 | 21 months |
| Age 69 and over | 18 months |

GBD Rider 1 (218370) 1.0 (FNC)

1



EXHIBIT
A

Normal Retirement Age means the Social Security Normal Retirement Age as stated in the 1983 revision of the United States Social Security Act. It is determined by your date of birth as follows:

| Year of Birth | Normal Retirement Age |
|---|---|
| 1937 or before | 65 |
| 1938 | 65 + 2 months |
| 1939 | 65 + 4 months |
| 1940 | 65 + 6 months |
| 1941 | 65 + 8 months |
| 1942 | 65 + 10 months |
| 1943 thru 1954 | 66 |
| 1955 | 66 + 2 months |
| 1956 | 66 + 4 months |
| 1957 | 66 + 6 months |
| 1958 | 66 + 8 months |
| 1959 | 66 + 10 months |
| 1960 or after | 67 |

The above table shows the maximum duration for which benefits may be paid. All other limitations of the plan will apply.

Richard G. Costello, *Secretary*          Thomas M. Marra, *President*

GBD Rider 1 (218370) 1.0 (FNC)

2

# GROUP
# BENEFIT
# PLAN

## DESHAZO CRANE COMPANY, LLC

Short Term Disability, Life and Accidental Death and Dismemberment

## TABLE OF CONTENTS

**Group Short Term Disability Benefits**

PAGE

SCHEDULE OF INSURANCE .................................................................................................. 3
    Must you contribute toward the cost of coverage? ............................................................. 3
    Who is eligible for coverage? ............................................................................................. 3
    When will You become eligible? (Eligibility Waiting Period)........................................... 3
DEFINITIONS ......................................................................................................................... 3
ELIGIBILITY AND ENROLLMENT......................................................................................... 5
    When does your coverage start? ......................................................................................... 6
    When will coverage become effective if a disabling condition causes you to be absent from work on the date it
    is to start?.......................................................................................................................... 6
BENEFITS............................................................................................................................... 7
    How do benefits become payable for Total Disability? ...................................................... 7
    How are benefits paid for Partial Disability? ..................................................................... 7
    When will benefit payments cease?.................................................................................... 7
EXCLUSIONS ......................................................................................................................... 8
    What disabilities are not covered? ..................................................................................... 8
TERMINATION ...................................................................................................................... 8
    When does your insurance terminate? ............................................................................... 8
    Does your insurance coverage continue while you are Disabled and no longer an Active Full-Time Employee? ..... 9
GENERAL PROVISIONS......................................................................................................... 9
ERISA.................................................................................................................................... 28

A note on capitalization in this benefits booklet:

Capitalization of the first letter of a word or phrase not normally capitalized according to the rules of standard punctuation (Weekly Earnings, for example) indicates a word or phrase that is defined in the DEFINITIONS section, or that refers back to an item found in the Schedule of Benefits.



## HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
Hartford, Connecticut
(Herein called Hartford Life)

---

### CERTIFICATE OF INSURANCE
Under
**The Group Insurance Policy**
**as of the Effective Date**
Issued by
**HARTFORD LIFE**
to
**The Policyholder**

---

This is to certify that Hartford Life has issued and delivered the Group Insurance Policy to The Policyholder.

The Group Insurance Policy insures the employees of the Policyholder who:
- are eligible for the insurance;
- become insured; and
- continue to be insured;

according to the terms of the Policy.

The terms of the Group Insurance Policy which affect an employee's insurance are contained in the following pages. This Certificate of Insurance and the following pages will become your Booklet-certificate. The Booklet-certificate is a part of the Group Insurance Policy.

This Booklet-certificate replaces any other which Hartford Life may have issued to the Policyholder to give to you under the Group Insurance Policy specified herein.

Richard G. Costello, *Secretary*                    Thomas M. Marra, *President*

## SCHEDULE OF INSURANCE

Final interpretation of all provisions and coverages will be governed by the Group Insurance Policy on file with Hartford Life at its home office.

| | |
|---|---|
| Policyholder: | DESHAZO CRANE COMPANY, LLC |
| Group Insurance Policy: | GRH-218370 |
| Plan Effective Date: | November 1, 1999 |

This plan of Short Term Disability Insurance provides you with short term income protection if you become Disabled from a covered accident, sickness or pregnancy.

**Must you contribute toward the cost of coverage?**
You do not contribute toward the cost of coverage.
**Who is eligible for coverage?**

| | |
|---|---|
| Eligible Class(es): | All Active Full-time Hourly Employees |
| Full-time Employees: | 30 hours weekly |

The **Weekly Benefit** will be the lesser of:
- 66 2/3% of your Weekly Earnings; or
- $500,

reduced by Other Income Benefits.

The **Maximum Duration of Benefits** for a Disability is:
- 25 week(s) if caused by Accident;
- 25 week(s) if caused by Sickness.

**Benefits Commence** for Disability caused by:
- Accident: on the 8th day of Total Disability
- Sickness: on the 8th day of Total Disability

**When will You become eligible? (Eligibility Waiting Period)**
You will be eligible for coverage on the date on which You complete a waiting period of 30 days of continuous service.

The waiting period will be reduced by the period of time you were an Active Full-Time Employee with the Employer under the Prior Plan.

## DEFINITIONS

The terms listed will have these meanings:

**Active Full-time Employee** means an employee who works for the Employer on a regular basis in the usual course of the Employer's business. Such employee must work the number of hours in the Employer's normal work week. This must be at least the number of hours for Full-time Employment shown in the Schedule of Insurance.

**Actively at Work**
You will be considered to be actively at work with the Employer on a day which is one of the Employer's scheduled work days if you are performing, in the usual way, all of the regular duties of your job on a full time basis on that day. You will be deemed to be actively at work on a day which is not one of the Employer's scheduled work days only if you were actively at work on the preceding scheduled work day.

**Current Weekly Earnings** means the Weekly Earnings you receive from any employer or for any work while Disabled and eligible for Partial Disability benefits under this plan.

**Disability** means Total or Partial Disability.

**Disabled** means Totally or Partially Disabled.

**Employer** means the Policyholder.

**Mental Illness** means any psychological, behavioral or emotional disorder or ailment of the mind, including physical manifestations or psychological, behavioral or emotional disorders, but excluding demonstrable structural brain damage.

**Other Income Benefits** mean the amount of any benefit for loss of income, provided to you as a result of the period of Disability for which you are claiming benefits under this plan. This includes any such benefits for which you are eligible, or that are paid to you, your family, or to a third party on your behalf. This includes the amount of any benefit for loss of income from:
1. the Civil Service Retirement System, the Railroad Retirement Act, the Jones Act, the Canada Pension Plan, the Quebec Pension Plan or similar plan or act that you are eligible to receive because of your Disability;
2. any plan or arrangement of coverage, whether insured or not, as a result of employment by or association with the Employer, or as a result of membership in or association with any group, association, union or other organization;
3. the Veteran's Administration or any other foreign or domestic governmental agency for the same Disability;
4. any governmental law or program that provides disability or unemployment benefits as a result of your job with the Employer;
5. any temporary or permanent disability benefits under a workers' compensation law, occupational disease law, or similar law; or
6. individual insurance policy where the premium is wholly or partially paid by the Employer.

Other Income Benefits will also include the amount of any benefits for loss of income from:
1. the portion of a settlement or judgement, minus associated costs, of a lawsuit that represents or compensates for your loss of earnings; or
2. compulsory "no-fault" automobile insurance.

Any general increase in benefits required by law that you are entitled to receive under any Federal Law will not reduce the Short Term Disability Benefit payable for a period of Total Disability that began prior to the date of such increase.

If you are paid Other Income Benefits in a lump sum, we will pro-rate the lump sum:
1. over the period of time it would have been paid if not paid in a lump sum; or
2. if such period of time cannot be determined, over a period of 260 weeks.

**Partial Disability or Partially Disabled** means that, immediately following a period of Total Disability for which you were eligible to receive a Weekly Benefit, you are:
1. still prevented by the same disabling condition from performing essential duties of your occupation; but
2. you have recovered to the extent that you are:
   a) able to perform some, but not all, of the essential duties of your or any occupation; and
   b) as a result, you are earning more than 20% but no more than 80% of your pre-disability Weekly Earnings.

**Physician** means a practitioner of a healing art, which we are required by law to recognize, who is properly licensed, and practicing within the scope of that license.

**Prior Plan** means the short term disability plan carried by the Employer on the day before the Plan Effective Date.

**Sickness vs. Accident**

A Disability shall be deemed to be caused by sickness, and not by accident, if:
1. it is caused or contributed to by:
   a) any condition, disease or disorder of the body or mind;
   b) any infection, except a pus-forming infection of an accidental cut or wound;
   c) hernia of any type unless it is the immediate result of an accidental injury covered by this plan;
   d) any disease of the heart;
   e) Mental Illness;
   f) Substance Abuse;
   g) pregnancy;
   h) any medical treatment for items (a) through (g) above; or
2. it is caused directly or indirectly by accident, but commences more than 30 days after the date of the accident.

**Substance Abuse** means the pattern of pathological use of alcohol or other psychoactive drugs and substances characterized by:
1. impairments in social and/or occupational functioning;
2. debilitating physical condition;
3. inability to abstain from or reduce consumption of the substance; or
4. the need for daily substance use to maintain adequate functioning.

Substance includes alcohol and drugs but excludes tobacco and caffeine.

**Total Disability or Totally Disabled** means that you are prevented by:
1. accidental bodily injury;
2. sickness;
3. Mental Illness;
4. Substance Abuse; or
5. pregnancy,

from performing the essential duties of your occupation, and as a result, you are earning less than 20% of your pre-disability Weekly Earnings.

**We**, **us** or **our** means the Hartford Life and Accident Insurance Company.

**Weekly Earnings** means your usual weekly rate of pay, including commissions received from the Employer, but not:
1. overtime pay;
2. any fringe benefit or extra compensation; or
3. bonuses.

Commissions will be averaged as follows:
1. over the most recent 24 month period prior to the date your disability began; or
2. over the number of calendar months you worked for the Employer prior to becoming Disabled, if you have worked for the Employer at least 6 months but less than 24 months; or
3. commissions will not be included if you have worked for the Employer less than 6 months.

If you become Disabled, your Weekly Earnings will be the rate in effect on your last day as an Active Full-time Employee before becoming Totally Disabled.

**You** or **your** means the insured person to whom this Booklet-certificate is issued.

## ELIGIBILITY AND ENROLLMENT

**Who are Eligible Persons?**

All persons in the class or classes shown in the Schedule of Insurance will be considered Eligible Persons.

**When will you become eligible?**

You will become eligible for coverage on either:

1. the Plan Effective Date, if you have completed the Eligibility Waiting Period; or if not
2. the date on which you complete the Eligibility Waiting Period.

See the Schedule of Insurance for the Eligibility Waiting Period.

**How do you enroll?**

Eligible Persons will be enrolled automatically by the Employer.

## WHEN COVERAGE STARTS

**When does your coverage start?**

If you are not required to contribute toward the plan's cost, your coverage will start on the date you become eligible.

## DEFERRED EFFECTIVE DATE

**Will coverage become effective if a disabling condition causes you to be absent from work on the date it is to start?**

If you are absent from work due to your:

1. accidental bodily injury;
2. sickness;
3. pregnancy;
4. Mental Illness; or
5. Substance Abuse,

on the date your insurance or increase in coverage would otherwise have become effective, the effective date of the coverage or increase in coverage will be deferred until you have been Actively at Work for one full work-day.

## CHANGES IN COVERAGE

**Do coverage amounts change if there is a change in your class or your rate of pay?**

Your coverage may increase or decrease on the date there is a change in your class or Weekly Earnings. However, no increase in coverage will be effective unless on that date you:

1. are an Active Full-time Employee; and
2. are not absent from work due to your being Disabled.

If you were so absent from work, the effective date of such increase will be deferred until you are Actively at Work for one full day.

No change in your Weekly Earnings will become effective until the date we receive notice of the change.

**What happens if the Employer changes the Plan?**

Any increase or decrease in coverage because of a change in the Schedule of Insurance will become effective on the date of the change, except that the limitations on increases stated in the Deferred Effective Date provision will apply.

## BENEFITS

**How do benefits become payable for Total Disability?**
If, while covered under this Benefit, you become Totally Disabled, and furnish proof to us that you remain Totally Disabled, we will pay the Weekly Benefit shown in the Schedule of Insurance.

The amount of any Weekly Benefit payable shall be reduced by the total amount of all Other Income Benefits, including any amount for which you could collect but did not apply.

See the Schedule of Insurance for the Weekly Benefit, the Maximum Duration of Benefits, and when Benefits Commence.

No benefits will be payable unless you are under the care of a Physician other than yourself.

## PARTIAL DISABILITY BENEFITS

**How are benefits paid for Partial Disability?**
After benefits have commenced for Total Disability, if you return to work on a part-time or limited duty basis because you are Partially Disabled, the following calculation is used to determine your Weekly Benefit:

$$\text{Weekly Benefit} = ((A - B) / A) \times C$$

Where

$A$ = Your pre-disability Weekly Earnings.
$B$ = Your Current Weekly Earnings.
$C$ = The Weekly Benefit payable if you were Totally Disabled.

**How is a benefit calculated for a period of less than a week?**
If a Weekly Benefit is payable for less than a week, we will pay 1/5 of the Weekly Benefit for each day you were Disabled.

**When will benefit payments cease?**
Benefit payments will stop on the first to occur of:
1. the date you are no longer Disabled;
2. the date you fail to furnish proof that you continue to be Disabled;
3. the date you refuse to be examined, if we require an examination;
4. the last day benefits are payable according to the Maximum Duration of Benefits shown in the Schedule of Insurance; or
5. the date you die.

## RECURRENT DISABILITY

**What happens to your benefits if you return to work as an Active Full-time Employee and then become Disabled again?**
If you return to work as an Active Full-time Employee for 15 consecutive days or more, any recurrence of a disability will be treated as a new Disability with respect to when Benefits Commence and the Maximum Duration of Benefits, as shown in the Schedule of Insurance.

If recurrent periods of Disability are:
1. due to the same or a related cause; and
2. separated by less than 15 consecutive days of work as an Active Full-time Employee,

they will be considered to be the same period of Disability.

7

## MULTIPLE CAUSES

**How long will benefits be paid if a period of Disability is extended by another cause?**
If a period of Disability is extended by a new cause while weekly benefits are payable, weekly benefits will continue while you remain Disabled, subject to the following:
1. weekly benefits will not continue beyond the end of the original Maximum Duration of Benefits; and
2. the Exclusions will apply to the new cause of Disability.

## EXCLUSIONS

**What Disabilities are not covered?**
The plan does not cover, and no benefit shall be paid for, any:
1. injury, sickness, Mental Illness, Substance Abuse, or pregnancy not being treated by a Physician or surgeon;
2. Disability caused or contributed to by war or act of war (declared or not);
3. Disability caused by your commission of or attempt to commit a felony, or to which a contributing cause was your being engaged in an illegal occupation;
4. Disability caused or contributed to by an intentionally self-inflicted injury;
5. sickness or injury for which workers' compensation benefits are paid, or may be paid, if duly claimed; or
6. injury sustained as a result of doing any work for pay or profit for another employer.

If you are receiving, or are eligible to receive, benefits for a Disability under a prior plan of disability benefits that:
1. was sponsored by the Employer; and
2. was terminated on the day before the Effective Date of this plan,

then no benefits will be payable for the Disability under this plan.

## TERMINATION

**When does your insurance terminate?**
Your insurance will terminate on the earliest of:
1. the date the Group Insurance Policy terminates;
2. the date the Group Insurance Policy no longer insures your class;
3. the date premium payment is due but not paid by the Employer;
4. the last day of the period for which you make any required premium contribution, if you fail to make any further required contribution;
5. the date on which you cease to be an Active Full-time Employee in an eligible class, including:
    a) temporary layoff;
    b) leave of absence, including but not limited to leave for military service;
    c) work stoppage (including a strike or lockout); or
    d) the date your Employer ceases to be a Participant Employer, if applicable.

**May coverage be continued during a family or medical leave?**
If you are granted a leave of absence according to the Family and Medical Leave Act of 1993, your Employer may continue your insurance for up to 12 weeks, or longer if required by state law, following the date your coverage would have terminated, subject to the following:
1. the leave authorization must be in writing;
2. the required premium for you must be paid;
3. your benefit level, or the amount of earnings upon which your benefit may be based, will be that in effect on the day before said leave commenced; and

4.  such continuation will cease immediately if one of the following events should occur:
    a)  the leave terminates prior to the agreed upon date;
    b)  the termination of the Group Insurance Policy;
    c)  non-payment of premium when due by the Policyholder or you;
    d)  the Group Insurance Policy no longer insures your class; or
    e)  the date your Employer ceases to be a Participant Employer, if applicable.

### Does your insurance continue while you are Disabled and no longer an Active Full-time Employee?

If you are no longer an Active Full-time Employee because you are Disabled, your Short Term Disability Insurance will be continued:
1.  while you remain Disabled;
2.  without payment of premium after the date we receive written notice of claim; and
3.  until the end of the period for which you are entitled to receive Short Term Disability Benefits.

After Short Term Disability benefit payments have ceased, your insurance will be reinstated, provided:
1.  you return to work for one full day as an Active Full-time Employee in an eligible class;
2.  the Group Insurance Policy remains in force; and
3.  the required premium is paid.

### Do benefits continue if the Group Insurance Policy terminates?

If you are entitled to benefits while Disabled and the Group Insurance Policy terminates, benefits:
1.  will continue as long as you remain Disabled by the same disabling condition; but
2.  will not be provided beyond the date we would have ceased to pay benefits had the insurance remained in force.

Termination for any reason of the Group Insurance Policy will have no affect on our liability under this provision.

## GENERAL PROVISIONS

### What happens if facts are misstated?

If material facts about you were not stated accurately:
1.  your premium may be adjusted; and
2.  the true facts will be used to determine if, and for what amount, coverage should have been in force.

No statement made by you relating to your insurability will be used to contest the insurance for which the statement was made after the insurance has been in force for two years during your lifetime. In order to be used, the statement must be in writing and signed by you.

### When should we be notified of a claim?

You must give us written notice of a claim within 30 days after Disability starts. If notice cannot be given within that time, it must be given as soon as reasonably possible. Such notice must include your name, your address and the Group Insurance Policy number.

### Are special forms required to file a claim?

When we receive a notice of claim, you will be sent forms for providing us with proof of loss. We will send these forms within 15 days after receiving a notice of claim. If we do not send the forms within 15 days, you may submit any other written proof which fully describes the nature and extent of your claim.

### When must proof of loss be given?

Written proof of your Disability must be sent to us within 90 days after the start of the period for which we owe payment. After that, we may require further written proof that you are still Disabled. If proof is not given by the time it is due, it will not affect the claim if:
1.  it was not possible to give proof within the required time; and
2.  proof is given as soon as reasonably possible; but
3.  not later than 1 year after it is due, unless you are not legally competent.

9

We have the right to require, as part of the proof of loss:
1.  your signed statement identifying all Other Income Benefits; and
2.  proof satisfactory to us that you and your dependents have duly applied for all Other Income Benefits which are available.

### May additional proof be required?
We may have you examined to determine if you are Disabled. Any such examination will be:
1.  at our expense; and
2.  as reasonably required by us.

We reserve the right to determine if your proof of loss is satisfactory.

### Who gets the benefit payments?
All payments are payable to you. Any payments owed at your death may be paid to your estate. If any payment is owed to your estate, we may pay up to $1,000 to any of your relatives who is entitled to it in our opinion. Any such payment shall fulfill our responsibility for the amount paid.

### When are payment checks issued?
If written proof of loss is furnished, accrued benefits will be paid at the end of each week that you are Disabled. If payment is due at the end of a claim, it will be paid as soon as the written proof of loss is received.

### What notification will you receive if your claim is denied?
If a claim for benefits is wholly or partly denied, you will be furnished with written notification of the decision. This written decision will:
1.  give the specific reason(s) for the denial;
2.  make specific reference to the policy provisions on which the denial is based;
3.  provide a description of any additional information necessary to prepare a claim and an explanation of why it is necessary; and
4.  provide an explanation of the review procedure.

### What recourse do you have if your claim is denied?
On any denied claim, you or your representative may appeal to us for a full and fair review. You may:
1.  request a review upon written application within 60 days of the claim denial;
2.  review pertinent documents; and
3.  submit issues and documents in writing.

We will make a decision no more than 60 days after the receipt of the request, except in special circumstances (such as the need to hold a hearing), but in no case more than 120 days after the request for review is received. The written decision will include specific references to the policy provisions on which the decision is based.

### When can legal action be started?
Legal action cannot be taken against us:
1.  sooner than 60 days after due proof of loss has been furnished; or
2.  later than the expiration of:
    a)  3 years; or if longer
    b)  the period of time stated in the applicable Statute of Limitations,

    after the time written proof of loss is required to be furnished according to the terms of the Group Insurance Policy.

**What are our subrogation rights?**

If you:

1.  suffer a Disability because of the act or omission of a third party;
2.  become entitled to and are paid benefits under the Group Insurance Policy in compensation for lost wages; and
3.  do not initiate legal action for the recovery of such benefits from the third party in a reasonable period of time,

then we will be subrogated to any rights you may have against the third party and may, at our option, bring legal action to recover any payments made by us in connection with the Disability. Such right may be exercised only if you have been, or will be, fully compensated for the lost wages.

**Who interprets policy terms and conditions?**

We have full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Group Insurance Policy.

# TABLE OF CONTENTS

### Group Life Insurance Benefits

|  | PAGE |
|---|---|
| CERTIFICATE OF INSURANCE | 13 |
| SCHEDULE OF INSURANCE | 14 |
| Who is eligible for coverage? | 14 |
| When will You become eligible? (Eligibility Waiting Period) | 14 |
| What is Evidence of Good Health? | 14 |
| When will Evidence of Good Health be required? | 14 |
| What Life benefits are available to You? | 14 |
| What AD&D Benefits are available to You? | 15 |
| What reductions in Your coverage will occur due to Your age? | 15 |
| Must You contribute toward the cost of coverage? | 15 |
| How do You request coverage for Yourself? | 16 |
| When does coverage start? | 16 |
| What is the Deferred Effective Date provision for employees? | 16 |
| When are changes effective? | 16 |
| BENEFITS | 17 |
| Life Insurance Benefit | 17 |
| Accelerated Death Benefit | 17 |
| Accidental Death and Dismemberment (AD&D) Benefit | 18 |
| TERMINATION | 22 |
| When does Your coverage terminate? | 22 |
| Under what conditions can Your insurance be continued under the continuation provisions? | 22 |
| CONVERSION PRIVILEGE | 24 |
| GENERAL PROVISIONS | 25 |
| DEFINITIONS | 26 |
| ERISA | 28 |



**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
Hartford, Connecticut
(Herein called Hartford Life)

**CERTIFICATE OF INSURANCE**
Under
**The Group Insurance Policy**
As of the
**Effective Date**
Issued by
**HARTFORD LIFE**
to
**The Policyholder**

This is to certify that We have issued and delivered the Group Insurance Policy (Policy) to the Policyholder. The Policy insures the Policyholder's employees who:

.   are eligible for the insurance;

.   become insured; and

.   continue to be insured,

according to the terms of the Policy.

The terms of the Policy which affect an employee's insurance are summarized in the following pages.

This Certificate of Insurance, and the following pages, will become Your Booklet-certificate. The Booklet-certificate is a part of the Policy. This Booklet-certificate replaces any other which We may have issued to the Policyholder to give to You under the Policy specified herein.

Richard G. Costello, *Secretary*                 Thomas M. Marra, *President*

Some of the terms used within this Booklet-certificate are capitalized and have special meanings. Please refer to the definitions at the end of this Booklet-certificate when reading about Your benefits.

## SCHEDULE OF INSURANCE

Final interpretation of all provisions and coverages will be governed by the Group Insurance Policy on file with Hartford Life at its home office.

| | |
|---|---|
| The Policyholder: | DESHAZO CRANE COMPANY, LLC |
| The Policy Number: | GL-218370 |
| Policy Effective Date: | November 1, 1999 |
| Anniversary Date: | November 1 of each year, beginning in 2000. |

**Who is eligible for coverage?**
Eligible Class(es):                   All Active Full-time Hourly Employees

**When will You become eligible? (Eligibility Waiting Period)**
You will be eligible for coverage on the date on which You complete a waiting period of 30 days of continuous service.

The waiting period will be reduced by the period of time You were an Active Full-time Employee with the Employer under the Prior Plan.

**What is Evidence of Good Health?**
Evidence of Good Health is information about a person's health from which We can determine if coverage or increases in coverage will be effective. Information may include questionnaires, physical exams, or written documentation as required by Us.

Inquiries as to the status of Your submission of Evidence of Good Health should be addressed to Your Employer and/or Benefit Administrator. Your Employer and/or Benefit Administrator will notify You of approvals. We will notify You, in writing, of any disapprovals.

**When will Evidence of Good Health be required?**
Evidence of Good Health is required if You elect no coverage for Yourself when eligible to do so and later opt for coverage.

If Evidence of Good Health is not approved in the situation(s) described above, no coverage will become effective. Evidence of Good Health must be provided at Your own expense.

## AMOUNT OF LIFE INSURANCE
### Employee Only

**What Life benefits are available to You?**

**Amount of Life Insurance:**
An amount equal to 1 times Your annual rate of basic Earnings, rounded to the next higher multiple of $1,000, subject to a maximum of $250,000.

In no event however will Your Amount of Life Insurance be less than $10,000.

Your Amount of Life Insurance will be reduced by any life benefit:
1.   paid to You under an accelerated death benefit in the Prior Plan; and
2.   in force for You under any disability extension provision of the Prior Plan.

### If You convert, does it affect the Amount of Life Insurance benefit payable?

The Amount of Life Insurance under the Policy will be reduced by the amount of the individual life insurance issued in accordance with the Conversion Privilege for reasons other than reductions in coverage.

### ACCIDENTAL DEATH, DISMEMBERMENT
### AND LOSS OF SIGHT BENEFIT (AD&D)
**Employee Only**

### What AD&D Benefits are available to You?

**Principal Sum:**

An amount which equals the Amount of Life Insurance in force for You.

The Principal Sum will not exceed the Amount of Life Insurance for which You are insured.

### Reduced Amounts of Insurance

### What reductions in Your coverage will occur due to Your age?

Your Amount of Life Insurance and Principal Sum will decrease on the Anniversary Date which occurs on or next follows the date You attain any of the ages specified in the following table. The Amount of Life Insurance and Principal Sum in force immediately prior to that Anniversary Date will be reduced by the percentage indicated in the following table.

Additionally, if:
1.   You become insured under the Policy; or
2.   Your coverage increases,

on or after the date You attain age 65, We reduce the amount of coverage for which You would otherwise be eligible in the same manner.

| Age When Reduction Occurs | 65 | 70 | 75 | 80 | 85 | 90 | 95 |
|---|---|---|---|---|---|---|---|
| Percentage by which current amount of coverage (after all previous reductions) will be reduced | 35% | 35% | 35% | 25% | 25% | 25% | 25% |

Reduced amounts of Life Insurance and Principal Sum will be rounded to the next higher multiple of $500, if not already such a multiple.

### Eligibility and Enrollment

### Must You contribute toward the cost of coverage?

With respect to Life Insurance and AD&D coverage, You do not contribute toward the cost.

### How do You request coverage for Yourself?

If You are not required to contribute toward the cost of coverage, You are not required to request coverage. Enrollment will be automatic. However You will be required to complete a beneficiary election form.

If You must contribute toward the cost of coverage, You are required to enroll for coverage. To do so You must complete and sign a group insurance enrollment form acceptable to Us and deliver it to the Employer.

### When does coverage start?

If You are not required to contribute toward the cost of coverage, You will become insured on the date You become eligible for coverage.

If You must contribute toward the cost of coverage, You will become insured on the first to occur of:
1.  the date You are eligible, if You enroll on or before that date;
2.  the date You enroll, if You enroll within 31 days after the date You become eligible.

If You enroll more than 31 days after the date You first become eligible to do so, no coverage will be available without Evidence of Good Health.

Coverage for which We require Evidence of Good Health will become effective on the later of:
1.  the date You become eligible; or
2.  the date approved by Us.

All effective dates of coverage are subject to the Deferred Effective Date provision.

### What is the Deferred Effective Date provision for employees?

If You are absent from work due to a physical or mental condition on the date Your insurance, an increase in coverage or a new benefit added to the Policy would otherwise have become effective, the effective date of Your insurance, any increase in insurance or the additional benefit will be deferred until the date You return to work as an Active Full-time Employee.

### Are there exceptions to the Deferred Effective Date provision?

If You were actively at work or on an approved leave of absence in conformity with the Family or Medical Leave Act of 1993, and insured under the Prior Plan on the day before the Policy Effective Date and You would be eligible for coverage on the Policy Effective Date except that You are not able to meet the requirements of the Deferred Effective Date provision, then:
1.  the Deferred Effective Date provision will not apply to the original effective date of coverage; and
2.  the coverage amount shown in the Schedule of Insurance will not apply to You.

Instead, You will be considered to be insured and your coverage amount will be the lesser of:
1.  the Amount of Life Insurance and Principal Sum under the Prior Plan; or
2.  the Amount of Life Insurance and Principal Sum shown in the Schedule of Insurance,

reduced by:
1.  any coverage amount in force or otherwise payable due to any disability benefit extension under the Prior Plan; or
2.  any coverage amount that would have been in force due to any disability benefit extension under the Prior Plan had timely election for the disability provision been made.

You will remain insured under this provision until the first to occur of:
1.  the date You return to work as an Active Full-time Employee;
2.  the date Your insurance terminates for a reason stated under the Termination provision;
3.  the last day of a period of 12 consecutive months which begins on the Policy Effective Date; or
4.  the last day You would have been covered under the Prior Plan, had the Prior Plan not terminated.

### When are changes effective?

The provisions, terms and conditions of the Schedule of Insurance or this Booklet-certificate may be modified, amended or changed at any time; consent from any covered individual is not required.

If there is any type of change in Your class, Earnings, the Schedule of Insurance or the Booklet-certificate which:
1. decreases an amount of coverage or deletes, limits or restricts the availability of a benefit or provision, then that decrease, deletion, limitation or restriction will be effective on the date the change in class, Earnings, the Schedule of Insurance or the Booklet-certificate is effective;
2. increases an amount of coverage or adds, improves or increases availability of a benefit or provision, then that increase, addition or improvement will be effective on the date the change in class, Earnings, the Schedule of Insurance or the Booklet-certificate is effective, subject to application of the Deferred Effective Date provision and Our approval where Evidence of Good Health is required.

## BENEFITS

### Life Insurance Benefit

**To whom and how are benefits paid?**
A completed claim form, a certified copy of the death certificate and Your enrollment form must be sent to the Employer or Us. When the required claim papers are received and approved by Us, the Amount of Life Insurance will be paid.

Your death benefit will be paid in a lump sum to the beneficiary(ies) designated by You in writing and on file with the Employer.

Unless You have requested something different, payment will be made as follows:
1. If more than one beneficiary is named, each will be paid an equal share.
2. If any named beneficiary dies before You, His share will be divided equally among the named surviving beneficiaries.

If no beneficiary is named, or if no named beneficiary survives You, We may, at Our option, pay:
1. up to $500 of Your life insurance to any party that We deem is entitled because of their payment of burial expenses. We will be released from further liability for any amount so paid; and/or
2. the executors or administrators of Your estate; or
3. Your surviving relatives in the following order:
   a) all to Your surviving spouse; or
   b) if Your spouse does not survive You, in equal shares to Your surviving children; or
   c) if no child survives You, in equal shares to Your surviving parents.

If a minor does not have a legal guardian, We may, until such a guardian is appointed, pay the person We deem to be caring for and supporting him. Such payment will be in monthly installments of not more than $200.

If a death benefit payable meets Our guidelines, then the benefit is payable into a checking account. Your beneficiary owns the checking account. A lump sum payment may be elected by writing a check for the full amount in the checking account.

### Accelerated Death Benefit

**What is the benefit?**
If You are diagnosed as being Terminally Ill and proof of such diagnosis is provided by an attending physician licensed to practice in the United States, and You are:
1. less than age 60; and
2. insured for at least $10,000,

then You may request that a portion of Your Amount of Life Insurance be paid to You prior to death.

The request cannot exceed 80% of the in force Amount of Life Insurance, and is subject to a minimum of $3,000 and a maximum of $500,000. You may exercise this option only once per person.

For example, if You have an Amount of Life Insurance equal to $20,000 and You are Terminally Ill, You can request any portion of the life insurance between $3,000 to $16,000 to be paid to You now instead of to Your beneficiary at Your death. However, if You decide to request only $3,000 now, You cannot request the additional $13,000 in the future.

### What does Terminal Illness/Terminally Ill mean?

Terminally Ill or Terminal Illness means that an individual has a life expectancy of 12 months or less.

### RECEIPT OF ANY BENEFITS IN ACCORDANCE WITH THIS PROVISION WILL REDUCE LIFE INSURANCE BENEFITS PAYABLE UPON DEATH.

### What if an individual is no longer Terminally Ill?

If diagnosed as no longer Terminally Ill, coverage may or may not remain in force. Coverage which remains in force will be reduced by any amount of Accelerated Death Benefits received and premium is due for this reduced amount. If coverage does not remain in force, then the reduced amount of coverage may be converted.

### What limitations apply to this benefit?

The Accelerated Death Benefit provision will be subject to all applicable terms and conditions of the Policy.

No Accelerated Death Benefit will be paid if You are required by law to accelerate benefits to meet the claims of creditors, or if a government agency requires You to apply for benefits to qualify for a government benefit or entitlement.

### What if You made an assignment under this plan?

If You have executed an assignment of rights and interest with respect to Your Amount of Life Insurance, in order to pay benefits to You under this provision, We must receive a release from the individual to whom the assignment was made before any benefits are payable.

### Accidental Death and Dismemberment (AD&D) Benefit
### Employee Only

### What conditions are necessary for benefits to become payable?

We will pay a benefit if You suffer an accidental injury while insured and:
1.  a Loss results directly from such injury, independent of all other causes; and
2.  such Loss occurs within 90 days after the date of the accident causing the injury.

### When should We be notified of a claim?

A claimant must give Us, or Our appropriate representative, written notice of a claim within 20 days after the loss happens or starts. If notice cannot be given within that time, it must be given as soon as possible after that.

Such notice must include:
1.  the claimant's name and address; and
2.  the Policy or account number.

### Are special forms required to file a claim?

Within 15 days of receiving a notice of claim, We or Our appropriate representative will send forms to the claimant for providing proof of loss. If the forms are not provided within 15 days, the claimant may submit any other written proof which fully describes the nature and extent of claim.

### When must Proof of Loss be given?

Satisfactory written proof of loss must be sent to Us or Our appropriate representative, within 90 days after the date of such loss. However, all claims must be submitted to Us within 90 days of the date any individual's insurance terminates.

If proof is not given by the time it is due, it will not affect the claim if:
1. it was not possible to give proof within the required time; and
2. proof is given as soon as possible, but no later than a year after it is due unless the claimant is not legally competent.

### When and to whom will Your claim be paid?
Benefits for Loss of life will be paid in accordance with Your life insurance beneficiary designation. Unless otherwise specified, benefits for all other Losses are payable to You.

Benefits for all other Losses will be paid as soon as due written proof is received. Benefits for all other Losses will be paid not more than 60 days after written proof is received.

Any payments, other than for Loss of life, which are owing at Your death may be paid to Your estate. If any payment is owed to:
1. Your estate;
2. a person who is a minor; or
3. a person who is not legally competent,

then We may pay up to $1,000 to Your relative who is entitled to it in Our opinion. Any such payment shall fulfill Our responsibility for the amount paid.

### What types of injuries are excluded from coverage?
No benefit will be paid for a Loss caused or contributed to by:
1. sickness;
2. disease;
3. any medical treatment for items (1) or (2);
4. any infection, except a pus-forming infection of an accidental cut or wound;
5. war or any act of war, whether war is declared or not;
6. any injury received while in any armed service of a country which is at war or engaged in armed conflict;
7. any intentionally self-inflicted injury, suicide, or suicide attempt, whether sane or insane;
8. taking drugs, sedatives, narcotics, barbiturates, amphetamines or hallucinogens unless prescribed for or administered by a licensed physician; or
9. the injured person's intoxication.

Intoxication means that blood alcohol content or the results of other means of testing blood alcohol level, meet or exceed the legal presumption of intoxication under the law of the state where the accident took place.

### What is the benefit payable?
The benefit payable for any Loss is that which is shown opposite the Loss in the following schedule. The Principal Sum is shown in the Schedule of Insurance. No benefit is payable for any Loss which is not shown in the schedule below.

| DESCRIPTION OF LOSS | BENEFIT |
|---|---|
| Loss of life | Principal Sum |
| Loss of a hand | One-half the Principal Sum |
| Loss of a foot | One-half the Principal Sum |
| Loss of an eye | One-half the Principal Sum |
| Loss of Speech or Hearing | One-quarter the Principal Sum |
| Loss of movement of both upper and lower limbs (Quadriplegia) | One-half the Principal Sum |
| Loss of movement of both lower limbs (Paraplegia) | One-quarter the Principal Sum |
| Loss of movement of both upper and lower limbs on one side of the body (Hemiplegia) | One-quarter the Principal Sum |
| More than one of the above resulting from one accident | Principal Sum or the sum of the Benefits payable for each |

Loss, whichever is lesser.

Loss means the following:
1. Loss of a hand or foot means that it is completely cut off at or above the wrist or ankle joint.
2. Loss of an eye means that sight in the eye is completely lost and cannot be recovered or restored.
3. Loss of speech or hearing means that speech or hearing is lost entirely and the Loss cannot be recovered or restored. Hearing must be lost in both ears.
4. Loss of movement of limbs means that movement is completely lost and is irreversible.

### Are there any additional benefits?

**Felonious Assault**
Subject to all conditions and limitations of this AD&D Benefit, if You are injured as the result of a Felonious Assault, then a Felonious Assault Benefit is payable in addition to the Principal Sum.

**What is the Felonious Assault Benefit payable?**
The Felonious Assault Benefit payable is the lesser of:
1. one times Your annual rate of basic Earnings rounded to the next higher $1,000;
2. $25,000; or
3. an amount equal to the Principal Sum.

Felonious Assault means a violent or criminal act directed at You during the course of:
1. a robbery, hold-up or kidnapping involving Employer funds; or
2. an attempt at any of the above.

Such Felonious Assault must:
1. occur while You are on the Premises of or conducting the Business of the Employer;
2. be directly related to Your employment with the Employer; and
3. not be committed by an employee of the Employer or Your family member.

Premises means any real estate owned, leased, controlled or managed by the Employer for the purposes of conducting the business of the Employer.

Business means any trip at the direction of the Employer for the purpose of furthering the business of the Employer. Business does not mean everyday travel to and from work, bona fide leaves of absence or vacations, outings or other Employer-sponsored employee or retiree events.

**Seat Belt Coverage**
Subject to all conditions and limitations of this AD&D Benefit, if You die from injuries sustained in a Motor Vehicle, a Seat Belt Benefit will be paid in addition to the Principal Sum. This benefit is payable provided that:
1. the injury occurs while the individual is a passenger riding in or the licensed operator of a duly registered Motor Vehicle; and
2. the individual is wearing a Seat Belt at the time of the Accident, as verified on the police accident report.

**What is the Seat Belt Benefit payable?**
The Seat Belt Benefit payable is equal to 25% of the Principal Sum.

Accident, for the purposes of this Seat Belt Benefit, means the unintentional collision of a Motor Vehicle.

Motor Vehicle means a four-wheeled, private passenger car, pickup truck, station wagon, van or jeep-type vehicle which is not being used as a Common Carrier.

Common Carrier means a conveyance operated by a concern, other than the Employer, organized and licensed for the transportation of passengers for hire and operated by an employee of that concern.

Seat Belt means a belt, lap restraint, or shoulder restraint installed by the manufacturer of the Motor Vehicle.

**Education Benefit**

Subject to all conditions and limitations of this AD&D Benefit, if You die, then an Education Benefit will be paid in addition to the Principal Sum. This benefit is payable to each of Your dependents who qualifies as a Student.

**Who may qualify as a Student?**

A Student, for the purpose of this Education Benefit, means a person who is Your dependent on the date of Your death and who:

1.  is a post-high school student who attends a school for higher learning on a Full-time basis on the date of Your death; or
2.  became a Full-time, post-high school student in a school for higher learning within 365 days after Your death and was a student in the 12th grade on the date of Your death.

The term "Full-time" student shall mean registered for not less than 12 course credit hours per semester. If the institution establishes full-time student status by a method other than semester credit hours, We reserve the right to determine whether the student qualifies as Full-time. No benefit is payable to any dependent who has not furnished proof to Us of his Student status.

**What is the Education Benefit payable?**

The Education Benefit payable is the lesser of:

1.  $5,000;
2.  5% of the Principal Sum; or
3.  the actual tuition expense for any one school year.

We will not pay more than one Education Benefit per Student during any one school year. If the Student is a minor, We will pay benefits to the Student's legal representative.

**When will payments terminate?**

The Education Benefit will no longer be payable on the first to occur of:

1.  the date on which the fourth Education Benefit has been paid; or
2.  the end of the 12th consecutive month during which the dependent has not furnished satisfactory proof to Us that he is a Student.

**What benefits are payable if no dependent qualifies as a Student?**

If no dependent qualifies as a Student, then We will pay $1,000 in accordance with Your beneficiary designation.

**Day Care Benefit**

Subject to all conditions and limitations of this AD&D Benefit, if You die, then a Day Care Benefit is payable in addition to the Principal Sum. The Day Care Benefit is payable for each dependent if:

1.  such dependent is less than age 7 at the time of death; and
2.  proof of such dependent's enrollment in a Day Care Program is provided as described below.

**What is the Day Care benefit payable?**

The Day Care Benefit payable is the lesser of:

1.  $10,000; or
2.  5% of Your Principal Sum.

One Day Care Benefit is payable each year for each dependent who qualifies for Day Care Benefits. No more than two Day Care Benefits will be payable for each dependent. Payment will be made to the person who has primary responsibility for such dependent's expenses.

**What proof must be given?**

Proof of a dependent's enrollment in a Day Care Program may be in the form of, but will not be limited to, the following:

1.  a copy of the dependent's approved enrollment application in a Day Care Program;
2.  canceled check(s) which prove payment for a Day Care Program; or
3.  a letter from the Day Care Program stating that the Dependent:

a)  is attending a Day Care Program; or
b)  has been enrolled in a Day Care Program and will be attending within 365 days of the date of Your death.

Proof of enrollment must be sent to Us prior to the last day of the 12th month on or next following the date of Your death.

Day Care Program means a program of child care which:
1.  is operated in a private home, school or other facility;
2.  provides and charges a fee for the care of children; and
3.  is licensed as a Day Care Center or is operated by a licensed Day Care Provider, if such licensing is required by the state or jurisdiction in which it is located; or
4.  if licensing is not required, provides child care on a daily basis for 12 months a year.

A Day Care Program will not mean a program of child care which is provided by an immediate relative of the child receiving the care. An immediate relative is a sibling, parent, step-parent, grandparent, aunt, or uncle.

**What benefits are payable if no person is eligible for Day Care Benefits?**
If no dependent qualifies for Day Care Benefits, then We will pay $500 in accordance with Your beneficiary designation.

## TERMINATION
### Employee Coverage

**When does Your coverage terminate?**
Unless continued in accordance with the Exceptions to Termination section, Your insurance will terminate on the first to occur of:
1.  the date the Policy terminates;
2.  the last day of the period for which You made any required premium contribution, if You fail to make any further required contribution;
3.  the date You are no longer in a class eligible for coverage;
4.  the date Your Employer terminates Your employment; or
5.  the date You are absent from work as an Active Full-time Employee.

### EXCEPTIONS TO TERMINATION

**Under what conditions can Your insurance be continued under the continuation provisions?**
If You are absent from work as an Active Full-time Employee, Your insurance may be continued up to the maximum period of time stated. In each instance, such continuation shall be at the Employer's option, but must be according to a plan which applies to all employees in the same way. Continued coverage:
1.  is subject to any reductions in the Policy;
2.  is subject to payment of premium by the Employer; and
3.  terminates when the Policy terminates.

If You are on a documented leave of absence, other than Family or Medical Leave, all of Your coverages may be continued until the last day of the month following the month in which the leave of absence commenced.

If You are laid off due to lack of work, all of Your coverages may be continued until the last day of the month following the month in which the layoff commenced.

If Your employment status changes from full-time to part-time, all of Your coverages may be continued until the last day of the third consecutive month after the date You became a part-time employee.

If You are granted a leave of absence according to the Family and Medical Leave Act of 1993, all of Your coverages may be continued for up to 12 weeks, or longer if required by state law, following the date Your insurance would have terminated, subject to the following:
1.  the leave authorization must be in writing;
2.  the required premium for You must be paid;
3.  Your benefit level will be that which was in effect on the day before said leave started, subject to any reductions included in the Policy;
4.  the amount of Earnings upon which Your benefit may be based, will be that which was in effect on the day before said leave started; and
5.  continued coverage will cease immediately if one of the following events should occur:
    a)  the leave terminates prior to the agreed upon date;
    b)  the Policy terminates;
    c)  You or the Policyholder fail to pay premium when due; or
    d)  the Policy no longer insures Your class.

In all other respects, the terms of Your insurance remain unchanged.

If You are absent from work due to sickness or injury, all of Your coverages may be continued until the last day of a period of 12 month(s) which begins on the date You were first absent from work as an Active Full-time Employee. If You feel that Your condition may continue for an extended period of time, You should request that Your Employer file a waiver of premium claim.

### What is Waiver of Premium?

Waiver of premium is a provision which allows for continued employee life insurance, without payment of premium, while You are Disabled.

### To what coverages does the Waiver of Premium apply?

These provisions apply only to Your Life Insurance.

Waiver of Premium does not apply to any AD&D Insurance.

### What conditions must be satisfied before You qualify for Waiver of Premium?

1.  You must be less than age 60, insured and Disabled; and
2.  acceptable proof of Your condition must be furnished to Us within one year of Your last day of work as an Active Full-time Employee.

### What does Disabled mean?

Disabled means that You have a condition that prevents You from doing any work for which You are or could become qualified by education, training or experience and it is expected that this condition will last for at least nine consecutive months from Your last day of work as an Active Full-time Employee; or You have been diagnosed with a life expectancy of 12 months or less.

### When will We waive premium?

We will waive premium after proof that You are Disabled is provided by an attending physician licensed to practice in the United States and We approve the proof. You will be notified by Us of the date We will begin to waive premium.

Continued coverage will be subject to any age reductions provided by any part of the Policy.

### What if You die before You qualify for Waiver of Premium?

If:
1.  You should die within one year of Your last day of work as an Active Full-time Employee but prior to qualifying for waiver of premium; and
2.  You were Disabled,

We will pay the Amount of Life Insurance which is in force for You.

**Can We have You examined for proof that You continue to be Disabled?**
During the first two years following the date You qualify as Disabled, We may have You examined at reasonable intervals. Thereafter, We will only require an annual examination to confirm that You continue to be Disabled. If You fail to submit any required proof or refuse to be examined as required by Us, then Your coverage will terminate.

**What if You are no longer Disabled?**
If, for any reason, You are no longer Disabled, Your premium will no longer be waived. On that date, You may or may not return to work.

If You return to work in an Eligible Class, then all of Your coverages will be reinstated subject to the terms of the Policy in effect on the reinstatement date.

If You do not return to work within an Eligible Class, and You are not eligible for any other group life insurance, then You are entitled to the Conversion Privilege. You may convert the Amount of Life Insurance that is in force for You on the date it is determined that You are no longer Disabled.

**How long will premiums be waived?**
Your premium will be waived and Your coverage will be continued until You attain Normal Retirement Age.

On the date waiver of premium terminates, if You do not return to work, You will be entitled to convert Your coverage. You may convert no more than Your Amount of Life Insurance that is in force on the date waiver of premium terminates.

**What if the Policy terminates before You qualify for waiver of premium?**
If the Policy terminates before You qualify for waiver of premium, You may be eligible to convert. Additionally, You may later be approved for waiver of premium.

**What if the Policy terminates after You qualify for waiver of premium?**
Termination of the Policy will not affect Your coverage under the terms of this provision.

## CONVERSION PRIVILEGE

The following does not apply to any AD&D Benefits.

**When can an individual convert?**
If insurance, or any portion thereof, terminates, then any individual covered under the Policy may convert his life insurance to a conversion policy without providing Evidence of Good Health.

If the qualifying event is policy termination or termination of coverage for a class then the individual must have been insured for at least 5 years under the Policy in order to be eligible for this conversion privilege.

**What is the conversion policy?**
The conversion policy will:
1. be on one of the life insurance policy forms, except term insurance, then customarily issued by Us for conversion purposes;
2. contain no disability, supplementary or AD&D benefits; and
3. be effective on the 32nd day after group life insurance terminates.

**How much can be converted?**
If the qualifying event is policy termination or termination of coverage for a class, then the amount which may be converted is limited to the lesser of:
1. the amount of group coverage in force prior to the qualifying event, reduced by the amount of any other group coverage for which the individual becomes covered within 31 days of termination of group coverage; or
2. $2,000.

If conversion is due to retirement or any other qualifying event, the full amount of coverage lost may be converted.

**How does an individual convert coverage?**
To convert life insurance, the individual must, within 31 days of the date group coverage terminates, make written application to Us and pay the premium required for his age and class of risk.

**What if death occurs during the conversion election period?**
If the individual should die within the 31 day conversion election period, We will, upon receipt of acceptable proof of His death, pay the Amount of Life Insurance He was entitled to convert.

## GENERAL PROVISIONS

**When can this plan be contested?**
Except for non-payment of premium, the Policy cannot be contested after two years from the Policy Effective Date.

No statement relating to insurability will be used to contest the insurance for which the statement was made after the insurance has been in force for two years during the individual's lifetime. In order to be used, the statement must be in writing and signed by the affected individual.

**Who interprets policy terms and conditions?**
We have full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Policy.

**Are there any rights of assignment?**
Except for the dismemberment benefits under the AD&D Benefit, You have the right to absolutely assign all of Your rights and interest under the Policy including, but not limited to, the following:
1.  the right to make any contributions required to keep the insurance in force;
2.  the privilege of converting; and
3.  the right to name and change a beneficiary.

No absolute assignment of rights and interest shall be binding on Us until and unless:
1.  the original of the form documenting the absolute assignment; or
2.  a true copy of it,

is received and acknowledged by Us at our home office.

We have no responsibility:
1.  for the validity or effect of any assignment; or
2.  to provide any assignee with notices which We may be obligated to provide to You.

**How do You designate or change Your beneficiary?**
You may designate or change a beneficiary by doing so in writing on a form satisfactory to Us and filing the form with the Employer.  Only satisfactory forms sent to Us prior to Your death will be accepted.

Designations will become effective as of the date You signed and dated the form, even if You have since died.  We will not be liable for any amounts paid before receiving notice of a beneficiary change from the Employer.

In no event may a beneficiary be changed by a Power of Attorney.

**Can We have a claimant examined or request an autopsy?**
We reserve the right to have a claimant examined and to have an autopsy performed, if not forbidden by law.  Any such examinations will be as reasonably required by Us and at Our expense.

**What notification will You receive if Your claim is denied?**
If a claim for benefits is wholly or partly denied, the claimant will be furnished with written notification of the decision. This written decision will:
1. give the specific reason(s) for the denial;
2. make specific reference to the provisions upon which the denial is based; and
3. provide an explanation of the review procedure.

**What recourse do You have if Your claim is denied?**
On any denied claim, the claimant or His representative may appeal to Us for a full and fair review.

The claimant may:
1. request a review upon written application within 60 days of receipt of claim denial;
2. review pertinent documents; and
3. submit issues and comments in writing.

A request for an appeal will not be denied if not submitted within 60 days if it is not reasonably possible to make such request within 60 days. In this case, the request must be submitted as soon as reasonably possible thereafter.

A decision will be made by Us no more than 60 days after the receipt of the request, except in special circumstances (such as the need to hold a hearing), but in no event more than 120 days after the request for review is received.

**When can legal action be taken?**
Legal action cannot be taken against Us:
1. sooner than 60 days after proof of loss has been furnished; or
2. 3 or more years after the time proof of loss is required to be furnished according to the terms of the Policy.

**How does this plan affect Workers' Compensation coverage?**
The Policy does not replace Workers' Compensation or affect any requirement for Workers' Compensation coverage.

**Physician-patient Relationship**
You may choose any licensed physician. We shall not in any way disturb the physician-patient relationship.

## DEFINITIONS

**Active Full-time Employee** – An employee who works for the Employer on a regular basis in the usual course of the Employer's business. An employee must work at least the number of hours in the Employer's normal work week. This must be at least 30 hours. You will be considered actively at work with Your Employer on a day which is one of Your Employer's scheduled work days if You are performing, in the usual way, all of the regular duties of Your job on a full-time basis on that day. You will also be considered actively at work on a paid vacation day or a day which is not one of Your Employer's scheduled work days only if You were actively at work on the preceding scheduled work day.

**Anniversary Date** – The date occurring in each calendar year which is an anniversary of the Policy Effective Date.

**Earnings** – Regular pay, not counting overtime pay or any other pay or fringe benefits.

The term Earnings will include commissions. The amount of commissions included will be average commissions earned from this Employer during the 24 months immediately prior to the Anniversary Date.

If You have worked for less than 12 months with this Employer, the amount of commissions included will be based on the total commissions You actually received while working for this Employer immediately prior to the Anniversary Date.

**Employer** – The Policyholder named in the Schedule of Insurance.

**He/His** – He or she. His or her.

**Normal Retirement Age** – The Social Security Normal Retirement Age as stated in the 1983 revision of the United States Social Security Act. It is determined by Your date of birth.

**Prior Plan** – A plan of group term life insurance sponsored by the Employer which was in force on the day before the Policy Effective Date.

**We/Us/Our** – The Hartford Life and Accident Insurance Company.

**You/Your** – The employee to whom this Booklet-certificate is issued.

ERISA

**The Following Important Notice
is Provided by Your Employer
for your Information Only.**

**Conforming Instrument**

For the purpose of meeting certain requirements of the Employee Retirement Income Security Act of 1974, the following information and the attached Claim Procedures and Statement of ERISA Rights are provided for use with your booklet-certificate to form the Summary Plan Description.

The benefits described in your booklet are provided under a group policy by the Insurance Company and are subject to the terms and conditions of that policy.

A copy of this policy is available for your review during normal working hours in the office of the Plan Administrator.

---

1. **Plan Name**

   Group Short Term Disability And Life Plan for employees of DESHAZO CRANE COMPANY, LLC

---

2. **Plan Number**

   501

---

3. **Employer/Plan Sponsor**

   DESHAZO CRANE COMPANY, LLC
   Airpark Industrial Road
   Alabaster, AL 35007

---

4. **Employer Identification Number**

   63-1169999

---

5. **Type of Plan**

   Welfare Benefit Plan providing Group Short Term Disability and Life.

---

6. **Plan Administrator**

   DESHAZO CRANE COMPANY, LLC
   Airpark Industrial Road
   Alabaster, AL 35007

---

7.   **Agent for Service of Legal Process**

For the Plan:

DESHAZO CRANE COMPANY, LLC
Airpark Industrial Road
Alabaster, AL  35007

For the Policy:

Hartford Life And Accident Insurance Company
200 Hopmeadow St.
Simsbury, CT 06089

In addition to the above, Service of Legal Process may be made on a plan trustee or the plan administrator.

---

8.   **Sources of Contributions** -- The Employer pays the premium for the insurance, but may allocate part of the cost to the employee.  The Employer determines the portion of the cost to be paid by the employee.

---

9.   **Type of Administration** -- The plan is administered by the Plan Administrator with benefits provided in accordance with the provisions of the applicable group policy.

---

10.  The Plan and its records are kept on a Policy Year basis.

---

11.  **Labor Organizations**

None

---

12.  **Names and Addresses of Trustees**

None

---

13.  **Plan Amendment Procedure**

The Plan Administrator reserves full authority, at its sole discretion, to terminate, suspend, withdraw, reduce, amend or modify the Plan, in whole or in part, at any time, without prior notice.

The Employer also reserves the right to adjust your share of the cost to continue coverage by the same procedures.

---

**Statement of ERISA Rights**

You are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

1.  Examine, without charge, at the plan administrator's office and at other locations (work-sites and union halls), all plan documents, including insurance contracts, collective bargaining agreements and copies of all documents filed by the plan with the U.S. Department of Labor, such as annual reports and plan descriptions.
2.  Obtain copies of all plan documents and other plan information upon written request to the plan administrator. The administrator may make a reasonable charge for the copies.
3.  Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary financial report.

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

If your claim for a welfare benefit is denied in whole or in part you must receive a written explanation of the reason for the denial. You have the right to have the plan review and reconsider your claim. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator.

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

If you have any questions about your plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest Area Office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

**Claim Procedures**

1.  Claims for Benefits -- An employee wishing to present a claim for benefits for himself or his insured dependents should obtain a claim form or forms from his Employer or Administrator. The applicable section of such form or forms should be completed by (1) Employee, (2) Employer or Administrator and (3) Attending Physician or Hospital.

    Following completion, the claim form or forms should be forwarded to the individual authorized to process and pay claims (Administrator or Insurance Company's Claim Representative). The individual authorized to process and pay the claims will compute benefits due, and will issue draft(s) in settlement. Unless the employee assigns benefits to a doctor or to a hospital, draft(s) will be made payable to the employee.

    A decision will be made by the Insurance Company no more than 90 days after receipt of due proof of loss, except in special circumstances (such as the need to obtain further information), but in no case more than 180 days after the due proof of loss is received. The written decision will include specific reasons for the decision and specific references to the plan provisions on which the decision is based.

2.  Appealing Denial of Claims -- If a claim for benefits is wholly or partially denied, notice of the decision shall be furnished to the employee. This written decision will:
    a)  give the specific reason or reasons for denial;
    b)  make specific reference to policy provisions on which the denial is based;
    c)  provide a description of any additional information necessary to prepare the claim and an explanation of why it is necessary; and
    d)  provide an explanation of the review procedure.

    On any denied claim an employee or his representative may appeal to the Insurance Company for a full and fair review. The claimant may:
    a)  request a review upon written application within 60 days of receipt of claim denial;
    b)  review pertinent documents; and
    c)  submit issues and comments in writing.

    A decision will be made by the Insurance Company no more than 60 days after receipt of the request for review, except in special circumstances (such as the need to hold a hearing), but in no case more than 120 days after the request for review is received. The written decision will include specific reasons for the decision and specific references to the plan provisions on which the decision is based.

May 5, 2007

Clifford W. Cleveland
P.O. Box 680689
Prattville, AL. 36068

Re: CV-2006-1169


This letter is to let you know that we have received your alias summons; however, it cannot be processed at this time.  There is a $10.00 re-issuance fee for all reissues, by certified mail, sheriff, and process server (per defendant).  Please forward this fee to the attention of Shon.


Sincerely,



Shon Williams
Court Specialist
Montgomery County, Alabama
(334)832-1261



| | | |
|---|---|---|
| JAMES LARRY HARRIS, | * | IN THE CIRCUIT COURT OF |
| | * | |
| Plaintiff/Employee, | * | MONTGOMERY COUNTY, ALABAMA |
| | * | |
| VS. | * | CASE NO. CV-2006-1169 |
| | * | |
| THE HARTFORD, JOHN DOE, | * | |
| and/or JANE DOE, the person or persons | * | |
| who or which negligently, wantonly, | * | |
| willfully and/or fraudulently concealed, | * | |
| suppressed or failed to inform or otherwise | * | |
| make aware to Plaintiff that Plaintiff had | * | |
| purchased an insurance policy that would or | * | |
| may not cover those damages, injuries and/or | * | |
| incidents which form the basis of this | * | |
| lawsuit as was represented to the | * | |
| Plaintiff; Fictitious Defendants A, B, and C, | * | |
| whether singular or plural, those persons, | * | |
| firms or corporations who or which | * | |
| participated in or otherwise did actively or | * | |
| passively aid or abet the wrongdoings set out | * | |
| herein and Fictitious Defendants D, E, and F, | * | |
| whether singular or plural, those persons, | * | |
| firms or corporations who or which | * | |
| negligently, wantonly, willfully and/or | * | |
| fraudulently conspired to defraud Plaintiff | * | |
| herein, | * | |
| | * | |
| | * | |
| Defendants. | * | |

FILED
IN THE
CIRCUIT COURT OF
MONTGOMERY COUNTY
2007 APR 24  PM 12:40

## S U M M O N S

To any sheriff or any person authorized by either Rules 4.1(b)(2) or 4.2(b)(2) or 4.4(b)(2) of the Alabama Rules of Civil Procedure to effect service **BY CERTIFIED MAIL.**

You are hereby commanded to serve this summons and a copy of the complaint in this action upon *The Hartford Life, c/o The Corporation Company, Benefit Management Services, P.O. Box 4925,Syracuse, NY 13221-4925.*

## NOTICE TO DEFENDANT

The complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the complaint to CLIFFORD W. CLEVELAND, Attorney for Plaintiff, whose address is P. O. Box 680689, Prattville, AL 36068. **THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.** You must also file the original of your answer with the Clerk of this Court within a reasonable time afterward.

DATED: 5|10|07                         _Melissa Rittenour_

_____              _____
                                      CIRCUIT COURT CLERK

RETURN ON SERVICE:

_____     Certified Mail return receipt received in this office on the _____ day of
_____, 2007. Receipt attached.

_____     I certify that I personally delivered a copy of the Summons and Complaint to
_____ in _____ County, Alabama on the _____ day of
_____, 2007.

Date:_____

_____          _____
SERVER SIGNATURE                     TYPE OF PROCESS SERVER

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ .63 | |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $4.88 | |

Sent To _The Hartford Life % The Corporation Company_
Street, Apt. No.; or PO Box No. _P.O. Box 4925_
City, State, ZIP+4 _Syracuse, NY 13221-4925_

PS Form 3800, June 2002                    See Reverse for Instructions

7006 0810 0006 1007 0968

TSM

| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _Dawson_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
5/11/6

1. Article Addressed to:

The Hartford
C/o The Corporation Company
2000 Interstate Park
Suite 204
Montgomery, AL
36109

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

S&C  DI
CV-06-1169

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  7004 1160 0005 9187 1792   CLE007

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

P- James Harris
d- Hartford

CV-06-1169

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>C V 2 0 0 6 ☐☐☐☐ ☐☐ - ☐☐<br>Date of Filing:     Judge Code:<br>☐☐ ☐☐ 2 0 0 6 ☐☐☐☐ ASM<br>Month  Day  Year |
|---|---|---|

**GENERAL INFORMATION**

IN THE CIRCUIT COURT OF __Montgomery__ , ALABAMA
*(Name of County)*

__James Larry Harris__  v.  __The Hartford__
Plaintiff        Defendant

First Plaintiff  ☐ Business  ☑ Individual    First Defendant  ☑ Business  ☐ Individual
              ☐ Government  ☐ Other              ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) the best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA – Wrongful Death
- ☐ TONG – Negligence: General
- ☐ TOMV – Negligence: Motor Vehicle
- ☐ TOWA – Wantonness
- ☐ TOPL – Product Liability/AEMLD
- ☐ TOMM – Malpractice-Medical
- ☐ TOLM – Malpractice-Legal
- ☐ TOOM – Malpractice-Other
- ☑ TBFM – Fraud/Bad Faith/Misrepresentation
- ☐ TOXX – Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE – Personal Property
- ☐ TORE – Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN – Abandoned Automobile
- ☐ ACCT – Account & Nonmortgage
- ☐ APAA – Administrative Agency Appeal
- ☐ ADPA – Administrative Procedure Act
- ☐ ANPS – Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX – Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT – Civil Rights
- ☐ COND – Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP – Contempt of Court
- ☐ CONT – Contract/Ejectment/Writ of Seizure
- ☐ TOCN – Conversion
- ☐ EQND – Equity Non-Damages Actions/Declaratory Judgment/Injunction<br>Election Contest/Quiet Title/Sale For Division
- ☐ CVUD – Eviction Appeal/Unlawful Detainer
- ☐ FORJ – Foreign Judgment
- ☐ FORF – Fruits of Crime Forfeiture
- ☐ MSHC – Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB – Protection From Abuse
- ☐ FELA – Railroad/Seaman (FELA)
- ☐ RPRO – Real Property
- ☐ WTEG – Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP – Workers' Compensation
- ☐ CVXX – Miscellaneous Circuit Civil Case

**ORIGIN** *(check one):*  F ☑ INITIAL FILING   A ☐ APPEAL FROM   O ☐ OTHER:
                                    DISTRICT COURT
                R ☐ REMANDED   T ☐ TRANSFERRED FROM
                                    OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ YES  ☑ NO     Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
C L E 0 0 7    __4-26-2006__     __[signature]__
              Date           Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES  ☐ NO  ☑ UNDECIDED

JAMES LARRY HARRIS,                           *       IN THE CIRCUIT COURT OF
                                              *
        Plaintiff/Employee,                   *       MONTGOMERY COUNTY, ALABAMA
                                              *
VS.                                           *       CASE NO. CV-2006- 1169
                                              *
THE HARTFORD, JOHN DOE,                       *
and/or JANE DOE, the person or persons        *
who or which negligently, wantonly,           *
willfully and/or fraudulently concealed,      *
suppressed or failed to inform or otherwise   *
make aware to Plaintiff that Plaintiff had    *
purchased an insurance policy that would or   *
may not cover those damages, injuries and/or  *
incidents which form the basis of this        *
lawsuit as was represented to the             *
Plaintiff; Fictitious Defendants A, B, and C, *
whether singular or plural, those persons,    *
firms or corporations who or which            *
participated in or otherwise did actively or  *
passively aid or abet the wrongdoings set out *
herein and Fictitious Defendants D, E, and F, *
whether singular or plural, those persons,    *
firms or corporations who or which            *
negligently, wantonly, willfully and/or       *
fraudulently conspired to defraud Plaintiff   *
herein,                                       *
                                              *
        Defendants.                           *

## SUMMONS

To any sheriff or any person authorized by either Rules 4.1(b)(2) or 4.2(b)(2) or 4.4(b)(2) of the Alabama Rules of Civil Procedure to effect service **BY CERTIFIED MAIL.**

You are hereby commanded to serve this summons and a copy of the complaint in this action upon *The Hartford, c/o The Corporation Company, 2000 Interstate Park, Suite 204, Montgomery, Alabama 36109.*

### NOTICE TO DEFENDANT

The complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the complaint to CLIFFORD W. CLEVELAND, Attorney for Plaintiff, whose address is P. O. Box 680689, Prattville, AL 36068. **THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.** You must also file the original of your answer with the Clerk of this Court within a reasonable time afterward.

DATED: _____05/10/06_____

*Melissa Pittenaus*

CIRCUIT COURT CLERK

RETURN ON SERVICE:

_____    Certified Mail return receipt received in this office on the _____ day of
_____, 2006. Receipt attached.

_____    I certify that I personally delivered a copy of the Summons and Complaint to
_____ in _____ County, Alabama on the _____ day of
_____, 2006.

Date:_____

_____          _____
SERVER SIGNATURE                        TYPE OF PROCESS SERVER

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ .63 | |
| Certified Fee | 240 | |
| Return Receipt Fee (Endorsement Required) | 185 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | — | |
| Total Postage & Fees | $ 4.88 | |

Sent To  The Hartford c/o The Corporate Co.
Street, Apt. No.; or PO Box No.  2000 Interstate Park Suite 204
City, State, ZIP+4  Montgomery, AL 36109

7004 1160 0005 9187 1792

PS Form 3800, June 2002                    See Reverse for Instructions

JAMES LARRY HARRIS,

      Plaintiff/Employee,

VS.

THE HARTFORD, JOHN DOE,
and/or JANE DOE, the person or persons
who or which negligently, wantonly,
willfully and/or fraudulently concealed,
suppressed or failed to inform or otherwise
make aware to Plaintiff that Plaintiff had
purchased an insurance policy that would or
may not cover those damages, injuries and/or
incidents which form the basis of this
lawsuit as was represented to the
Plaintiff; Fictitious Defendants A, B, and C,
whether singular or plural, those persons,
firms or corporations who or which
participated in or otherwise did actively or
passively aid or abet the wrongdoings set out
herein and Fictitious Defendants D, E, and F,
whether singular or plural, those persons,
firms or corporations who or which
negligently, wantonly, willfully and/or
fraudulently conspired to defraud Plaintiff
herein,

      Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IN THE CIRCUIT COURT OF

MONTGOMERY COUNTY, ALABAMA

CASE NO. CV-2006-__1169__

## COMPLAINT

## PARTIES

1.    The Plaintiff, James Larry Harris, (hereinafter may be referred to as "Harris") is over the age of nineteen (19) and is a resident citizen of Chilton County, Alabama.

2.    Defendant, The Hartford (hereinafter may be referred to as "Hartford") is a foreign corporation, qualified to conduct business in the State of Alabama and does so conduct business by issuing insurance/disability policies in Montgomery County, Alabama. Whenever the term

Defendant or Defendants is contained herein, it is to refer to all Defendants, including Fictitious Defendants, whether they be singular or plural unless specifically stated otherwise.

  3. Defendant John Doe and/or Jane Doe, whether singular or plural, those persons, who or which negligently, wantonly, willfully and/or fraudulently concealed, suppressed or failed to inform or otherwise make aware to Plaintiff that Plaintiff had purchased an insurance/disability policy that would or may not cover those damages, injuries and/or incidents which form the basis of this lawsuit as was represented to the Plaintiff. Whenever the term Defendant or Defendants is contained herein, it is to refer to all Defendants, including Fictitious Defendants, whether they be singular or plural unless specifically stated otherwise.

  4. Fictitious Defendants A, B, and C, whether singular or plural, those persons, firms or corporations who or which participated in or otherwise did actively or passively aid or abet the wrongdoings set out herein. Whenever the term Defendant or Defendants is contained herein, it is to refer to all Defendants, including Fictitious Defendants, whether they be singular or plural unless specifically stated otherwise.

  5. Fictitious Defendants D, E, and F, whether singular or plural, those persons, firms or corporations who or which negligently, wantonly, willfully and/or fraudulently conspired to defraud the Plaintiff. Whenever the term Defendant or Defendants is contained herein, it is to refer to all Defendants, including Fictitious Defendants, whether they be singular or plural unless specifically stated otherwise.

## JURISDICTION AND VENUE

  6. This Court has jurisdiction over the parties to this action and over the subject matter of this action. Venue is proper in this Court pursuant to *§6-3-3 and §6-3-7, Code of Alabama*(1975) in that the Plaintiff resides in Chilton County, Alabama and/or Defendants do business by agent in

Montgomery County, Alabama.  The amount of the damages being claimed by the Plaintiff exceeds the jurisdictional minimum of this Court.

### FACTS

7.    Harris was insured under a disability insurance policy provided under a contract with Hartford in which said policy number was GRH 218370.

8.    On or about December, 2004, the Plaintiff suffered injury to his eyes from welding.

9.    Harris promptly reported said injury to his employer and the Defendants were put on notice and a claim number was assigned.  As a result of the Defendants being placed on notice, they conducted their own investigation into the matter.  The investigation included Harris' injuries being evaluated by an ophthalmologist/retina specialist to determine his injuries.  It was determined by the Defendants that Harris' injuries were not covered under their policy.  Harris believed otherwise.

10.    Defendants refused and/or denied coverage to fully compensate Harris for his damages despite the fact Harris had purchased an insurance policy to cover said damages and that said policy premiums were current.  There has been ample time for this matter to be fully investigated.

11.    Harris has done nothing to impede any investigation and have fully cooperated at all times.

### COUNT I
### BREACH OF CONTRACT
### DEFENDANT THE HARTFORD

12.    Plaintiff adopts and realleges each and every allegation made in the above paragraphs as if set out in full herein.

13.    Harris was insured under the disability insurance policy referred to in the "FACTS" above. Upon notice of Harris' injuries, Hartford failed and/or refused to provide proceeds for the valid claim of Harris' losses.

14.    Harris alleges that Hartford breached its contract with Harris.

15.    Harris alleges the contractual duty owed him by Hartford is so related with matters of mental concern of apprehensiveness or with the feelings of Harris that a breach of the duty reasonably resulted in mental anguish to Harris. Therefore, Harris is entitled to recover for such mental anguish, physical suffering, annoyance, inconvenience and those costs associated.

WHEREFORE THESE PREMISES CONSIDERED, Harris demands judgment against the Defendants, separately and severally, in an amount that exceeds the minimum jurisdictional amount of this Court in which a fact finder may determine, including actual and punitive damages, attorneys fees, interest and all costs of this proceeding.

## COUNT II
## BAD FAITH
## DEFENDANT HARTFORD

16.    The Plaintiff adopts and realleges each and every allegation made in the above paragraphs as if set out in full herein.

17.    Hartford's failure and refusal to pay Harris' claim was not based upon any reasonably legitimate, arguable, or debatable reason.

18.    Hartford further failed to act in good faith by refusing or neglecting to make a good faith effort to timely investigate the facts and circumstances surrounding Harris' claim to determine whether it was a valid claim.

19.    Hartford knew or reasonably should have known there were no legitimate, arguable or debatable reasons for denying Harris'.

20.    As the direct and proximate result of Hartford's bad faith refusal to pay the valid claim, they were caused to suffer mental anguish. Therefore, Harris is entitled to recover for such mental anguish, physical suffering, annoyance and inconvenience.

WHEREFORE THESE PREMISES CONSIDERED, the Harris demands judgment against the Defendants, separately and severally, in an amount that exceeds the minimum jurisdictional amount of this Court in which a fact finder may determine, including actual and punitive damages, attorneys fees, interest and all costs of this proceeding.

### COUNT III
### FRAUD

21.    The Plaintiff adopts and realleges each and every allegation made in the above paragraphs as if set out in full herein.

22.    The Defendants, whether directly or through their employees/agents, fraudulently misrepresented and fraudulently and deceitfully suppressed and concealed, in violation of §§6-5-101, 6-5-102, 6-5-103 and 6-5-104, *Code of Alabama* (1975), material facts regarding the provisions of said insurance policy.

23.    The representations made by the Defendants were false and Defendants knew they were false; or the Defendants recklessly misrepresented the facts by mistake, but did so with the intention that Harris should rely on them. These representations took place when Harris purchased the above policy, when Defendants, whether directly or through their employees/agents, communicated with Harris the claim was filed about his condition through the documents Harris provided to the Defendants.

24.    Defendants consciously or deliberately engaged in oppression, fraud, wantonness or malice with regard to Harris, thereby depriving Harris of his legal rights and entitling him to

punitive damages against Defendants. The Defendants have established a pattern and practice of this type of conduct.

25.    As a proximate result of the aforementioned wrongful conduct of Defendants, Harris has suffered mental anguish and is entitled to recover for such mental anguish, physical suffering, annoyance and inconvenience.

WHEREFORE THESE PREMISES CONSIDERED, the Plaintiff demands judgment against the Defendants, separately and severally, in an amount that exceeds the minimum jurisdictional amount of this Court in which a fact finder may determine, including actual and punitive damages, attorneys fees, interest and all costs of this proceeding.

## COUNT IV
## NEGLIGENCE/WANTONNESS

26.    The Plaintiff adopts and realleges each and every allegation made in the above paragraphs as if set out in full herein.

27.    Harris claims damages against Defendants for their negligence/wantonness in failing to procure to Harris those proceeds which were to be made available by and through Harris' disability policy. These Defendants were, in the least, further negligent/wanton in the manner in which they inspected the Harris' claim after the claim was initiated and in the manner in which they generally handled Harris' claim.

28.    Harris avers Defendants were negligent/wanton in that they failed, in the least, to procure said proceeds as Defendants represented they would failed to properly inspect Harris' disability and failed to properly handle Harris' claim.

29.    As a proximate cause of the Defendants' negligence/wantonness, Harris has suffered mental anguish and are entitled to recover for such mental anguish, physical suffering, annoyance and inconvenience.

WHEREFORE THESE PREMISES CONSIDERED, the Plaintiff demands judgment against the Defendants, separately and severally, in an amount that exceeds the minimum jurisdictional amount of this Court in which a fact finder may determine, including actual and punitive damages, attorneys fees, interest and all costs of this proceeding.

RESPECTFULLY SUBMITTED,

By: _____
Clifford W. Cleveland (CLE007)

OF COUNSEL:

**The Law Office of**
**Cleveland & Colley, P. C.**
**Post Office Box 680689**
**Prattville, Alabama 36068**
**(334) 365-1500**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Hartford Life
c/o The Corporation Company
Benefit Management Services
P.O. Box 4925
Syracuse, NY 13221-4925

2. Article Number
(Transfer from service label)

7006 0810 0006 1107 0968

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

   Reissue Div
   CV-06-1169

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes