## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

JAMES LARRY HARRIS,                          *
                                             *
                                             *
        Plaintiff,                           *        2:07CV508-A
                                             *        CIVIL ACTION NO.: CV-2006-1169
vs.                                          *
                                             *
THE HARTFORD, et al.                         *

### NOTICE OF FILING
### DEFENDANT'S NOTICE OF REMOVAL

Please take notice that Defendant, Hartford Life & Accident Insurance Company

("Hartford")[1], has filed in the United States District Court for the Middle District of Alabama,

Northern Division, a Notice of Removal of this action to federal court. Pursuant to 28 U.S.C. § 1441

and the Notice of Removal, this action has been removed to the United States District Court for the

Middle District of Alabama, Northern Division. Notice of filing of said Defendant's Notice of

Removal (a copy of which is attached hereto) is hereby given to this Court in accordance with 28

U.S.C. § 1446(d).

Respectfully submitted,

RUSSEL MYLES                      (MYL001)
ANNE LAURIE SMITH                 (SMI267)
Attorneys for Defendant
Hartford Life & Accident Insurance Company

---

[1]    Plaintiff incorrectly identifies Hartford Life & Accident Insurance Company as "The Hartford" in his Complaint.

**OF COUNSEL:**

**McDOWELL KNIGHT ROEDDER**
   **& SLEDGE, L.L.C.**
Post Office Box  350
Mobile, Alabama  36601
Tel: 251/432-5300
Fax: 251/432-5303
email: asmith@mcdowellknight.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing document on counsel for all parties to this proceeding, by depositing a copy of same in the United States mail, first class postage prepaid and properly addressed, on this _11th_ day of June, 2007.

ANNE LAURIE SMITH

**COUNSEL:**

Clifford W. Cleveland, Esq.
The Law Office of
Cleveland & Colley, P.C.
Post Office Box 680689
Prattville, Alabama 36068