IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES LARRY HARRIS,

   Plaintiff,

vs.

THE HARTFORD, et al.

CIVIL ACTION NO. 2:07CV508-WHA
(formerly Circuit Court of Montgomery
County, Alabama, Case No. CV-2006-1169)

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, Hartford Life & Accident Insurance Company,[1] in accordance with the Order of this Court, files this Corporate Disclosure Statement concerning its parent companies, subsidiaries, affiliates, partnership, joint ventures, debtors, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order Number 3047. The following entities are hereby reported:

1. Hartford Life, Inc. as sole owner of Hartford Life & Accident Insurance Company;

2. Hartford Holdings, Inc. as sole owner of Hartford Life, Inc.

3. Hartford Financial Services Group, Inc. as sole owner of Hartford Holdings, Inc.

---

[1] Defendant Hartford Life & Accident Insurance Company was improperly identified in Plaintiff's Complaint as "The Hartford."

Respectfully submitted,

_____
RUSSEL MYLES                    (MYLEP5322)
ANNE LAURIE SMITH               (SMITA2262)
Attorneys for Defendant
Hartford Life & Accident Insurance Company

**OF COUNSEL:**

**McDOWELL KNIGHT ROEDDER**
   **& SLEDGE, L.L.C.**
Post Office Box 350
Mobile, Alabama 36601
Tel: 251/432-5300
Fax: 251/432-5303
email: asmith@mcdowellknight.com

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing document on counsel for all parties to this proceeding, by depositing a copy of same in the United States mail, first class postage prepaid and properly addressed, on this 7th day of June, 2007.

_____
ANNE LAURIE SMITH

**COUNSEL**:

Clifford W. Cleveland, Esq.
The Law Office of
Cleveland & Colley, P.C.
Post Office Box 680689
Prattville, Alabama 36068