IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES LARRY HARRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:07cv508-WHA ) |
| THE HARTFORD, et al., | ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Defendant Hartford's Motion to Dismiss and Motion to Strike Plaintiff's Claims for Extra-Contractual Damages (Doc. #4), filed on June 11, 2007, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before July 13, 2007** why the motion should not be granted. The Defendant shall have **until July 20, 2007**, to file any reply it may wish to file. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 18th day of June, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE