IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES LARRY HARRIS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CASE NO: 2:07-CV-508.WHA |
| vs. | * | |
| | * | |
| THE HARTFORD, et al. | * | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Hartford Life & Accident Insurance Company, a Defendant in the above-captioned matter, and in accordance with the Order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

X The following entities and their relationship to the party are hereby reported:

| **Reportable Entity** | **Relationship to Party** |
|---|---|
| Hartford Life, Inc. | Sole owner of Hartford Life & Accident Insurance Company; |

-1-

| | |
|---|---|
| Hartford Holdings, Inc. | Sole owner of Hartford Life, Inc. |
| Hartford Financial Services Group, Inc. | Sole owner of Hartford Holdings, Inc. |

Respectfully submitted,

/s Anne Laurie Smith
RUSSEL MYLES           (MYLEP5322)
ANNE LAURIE SMITH      (SMITA2262)
Attorneys for Defendant
Hartford Life & Accident Insurance Company

**OF COUNSEL:**

**McDOWELL KNIGHT ROEDDER
& SLEDGE, L.L.C.**
Post Office Box 350
Mobile, Alabama 36601
Tel: 251/432-5300
Fax: 251/432-5303
email: asmith@mcdowellknight.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing document on counsel for all parties to this proceeding, by depositing a copy of same in the United States mail, first class postage prepaid and properly addressed, on this 21st day of June, 2007.

/s Anne Laurie Smith
ANNE LAURIE SMITH

**COUNSEL**:

Clifford W. Cleveland, Esq.
The Law Office of
Cleveland & Colley, P.C.
Post Office Box 680689
Prattville, Alabama 36068