IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

__James Larry Harris__,  )
  )
    Plaintiff,  )
  )
v.  ) CASE NO. __2:07cv508-WHA__
  )
__The Hartford, et. al.__,  )
  )
    Defendants,  )

### CONFLICT DISCLOSURE STATEMENT

COMES NOW __James Larry Harris__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

__8/3/2007__
Date

(Signature)
**Clifford W. Cleveland, Esquire**
(Counsel's Name)
**Plaintiff**
Counsel for (print names of all parties)
Post Office Box 680689
Prattville, Alabama 36068
Address, City, State Zip Code
(334) 365-1500
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, Clifford W. Cleveland, Esquire_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _electronic mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _3rd_ day of _August_____ 20_07_, to:

Russel Myles, Esquire

Anne Laurie Smith, Esquire

MCDOWELL, KNIGHT,

ROEDDER & SLEDGE, LLC

Post Office Box 350

Mobile, Alabama 36601

8/3/07
Date

//s//Clifford W. Cleveland
Signature