IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES LARRY HARRIS, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv508-WHA |
| THE HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, | ) |
| Defendant. | ) |

## ORDER

Upon examination of the Amended Complaint in this case, the court notes that the Plaintiff has designated as Defendants "The Hartford, et al." It appears, however, that the only Defendant is The Hartford Life & Accident Insurance Company. Therefore, the correct style of this case will be *James Larry Harris, Plaintiff, vs. The Hartford Life & Accident Insurance Company, Defendant.* If the parties disagree that this is now the correct style of the case, they are given **until August 17, 2007**, to file an objection.

DONE this 14th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE