IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES LARRY HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv508-WHA |
| | ) |
| THE HARTFORD LIFE & ACCIDENT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On August 14, 2007, the court entered an order noting that the only Defendant in this case is The Hartford Life & Accident Insurance Company, and giving the parties until August 17, 2007, to file any objection to correcting the style of the case to reflect that single Defendant. No objection has been filed. Therefore, it is hereby ORDERED as follows:

1. Fictitious parties are STRICKEN.

2. The parties are DIRECTED to delete "et al." from the style of this case in all future filings.

DONE this 5th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE